Rosemarie S. Lewis, Esq., SBN 158891
Edward J. Morales, Esq., SBN 176062
Jeffrey Z. Liu, Esq., SBN 276849
BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
Los Angeles, California 90017
Tel: (213) 624-2869
Fax: (213) 489-3930
emorales@bortonpetrini.com

Attorneys for Plaintiff CRISTINA TALLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| CRISTINA TALLEY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF ANAHEIM a municipality, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:14-cv-01863-DOC (GJSx)<br>[Honorable David O. Carter, District Judge; Honorable Gail J. Standish, Magistrate Judge]<br><br>**ORDER OF DISMISSAL [FRCP 41(A)]** [184]<br><br>Complaint Filed: 11/25/14<br>Trial Date: 10/25/2016<br>Final Pre-Trial Conf: 10/11/16<br>Discovery Cut-Off: 04/22/16 |

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

　　　Based on the request of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, subject to the court retaining jurisdiction for a period of sixty (60) days to enforce the terms and conditions of the settlement agreement executed by the parties.

Dated: October 12, 2016　　　　　　*David O. Carter*_____

　　　　　　　　　　　　　　　　　　David O. Carter
　　　　　　　　　　　　　　　　　　Judge of the United States District Court